# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 174 WAL 2017
                                       :
                Petitioner    :
                                         :    Petition for Allowance of Appeal from
                                         :    the Order of the Superior Court
           v.                      :
                                         :
                                         :
TEX XAVIER ORTIZ,                   :
                                         :
                Respondent    :

## ORDER

**PER CURIAM**

       **AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED**. The issue accepted for review, as stated by petitioner, is:

> Whether interference with custody of children, 18 Pa.C.S. § 2904, can be the felony offense that supports a conviction of kidnapping of a minor, 18 Pa.C.S. § 2901(a.1)(2)?